IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHINGARA SINGH,

    Petitioner,                No. CIV-S-07-0959 MCE KJM P

    vs.

ALBERTO GONZALES, et al.,        ORDER

    Respondents.

_____/

        Petitioner, an individual detained by the Immigration and Naturalization Service, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis and a request for appointment of counsel.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a). In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted.

2. Petitioner's request for appointment of counsel is granted.

3. The Federal Defender is appointed to represent petitioner. Petitioner's counsel is directed to contact the Clerk's Office to make arrangements for copies of the documents in the file.

4. The Clerk of the Court is directed to serve a copy of this order and a copy of petitioner's application for a writ of habeas corpus upon the United States Attorney for the Eastern District of California.

5. Respondent shall serve and file certified copies of petitioner's INS A-file within a reasonable time but no later than thirty days after this order is served.

6. Within thirty days after the filing of petitioner's INS A-file, the parties shall propose a briefing schedule by lodged stipulation and order.

7. A status conference will be set upon written request by any party.

DATED: May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

1
sing0959.110ins