IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHINGARA SINGH,

        Petitioner,                    No. CIV-S-07-0959 MCE KJM P

    vs.

ALBERTO GONZALES, et al.,        ORDER

        Respondents.

        On June 8, 2007, petitioner filed an amended application for writ of habeas corpus pro se. Petitioner was appointed counsel on May 30, 2007. Petitioner's amended petition will be stricken and petitioner is advised that while he has counsel he should only submit documents to court via counsel.

        Accordingly, IT IS HEREBY ORDERED that petitioner's June 8, 2007 amended application for writ of habeas corpus is stricken.

DATED: June 14, 2006.

                                        U.S. MAGISTRATE JUDGE

1
sing0959.str

1