IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGARA SINGH, | No. 2:07-cv-00959-MCE-KJM-P |
| Petitioner, | |
| v. | ORDER |
| ALBERTO GONZALEZ, et al., | |
| Respondent. | |

Petitioner's Motion to Withdraw his Application of Writ of Habeas Corpus is granted and this action is dismissed.

Dated: August 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1